

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2020

No. 04-20-00142-CV

Charles W. **HANOR**,
Appellant

v.

Dicky G. **HANOR**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24182
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee's brief was originally due to be filed on April 23, 2020. Appellee filed an unopposed motion requesting an eight-day extension of time to file the brief. The motion is GRANTED. It is ORDERED that appellee's brief is due no later than May 1, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court